**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Latricia Flowers-Carter, et al., | No. CV-18-03836-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Braun Corporation, | |
| Defendant. | |

On April 1, 2020, Plaintiffs filed a motion seeking "an order compelling answers to their discovery requests and sanctioning Defendant for its failure to discharge its discovery obligations" (the "Motion to Compel"). (Doc. 143.) Portions of the Motion to Compel are redacted, and many of the exhibits include redacted portions or are redacted in their entirety. (*Id.*) Plaintiffs lodged under seal an unredacted version of the Motion to Compel and the exhibits thereto (Doc. 145), along with a Motion to Seal (Doc. 144). The Motion to Seal was denied without prejudice (Doc. 148), and Plaintiffs have not filed a new motion to seal, nor have they filed an unredacted version of the Motion to Compel and exhibits thereto in the public record.

Pursuant to LRCiv 5.6(e), Plaintiffs had five days from the date of the order denying the Motion to Seal to publicly file the unredacted version of the Motion to Compel. The Court will extend the time provided by LRCiv 5.6(e) for Plaintiffs to act.

Accordingly,

**IT IS ORDERED** that Plaintiffs may, within **7 days** of the entry of this Order, (1)

file an unredacted version of the Motion to Compel (and unredacted exhibits thereto) in the public record, or (2) file a new motion to seal that conforms with the requirements delineated in the Court's April 3, 2020 Order.

**IT IS FURTHER ORDERED** that if Plaintiffs fail to take one of these two steps by the deadline above, the Motion to Compel will be summarily denied.

Dated this 15th day of April, 2020.

_____
Dominic W. Lanza
United States District Judge

- 2 -